McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
ASIM H. MODI, NYSBN 4692018
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: 415-977-8952
    Facsimile: 415-744-0134
    Email: Asim.Modi@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| NATASHA LYNNE MARSHALL, | ) Case No. 1:18-cv-01142-BAM |
| Plaintiff, | ) **STIPULATION FOR VOLUNTARY** |
| | ) **REMAND PURSUANT TO** |
| v. | ) **SENTENCE FOUR OF 42 U.S.C. § 405(g)** |
| NANCY A. BERRYHILL, | ) |
| Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, that this action be remanded to the Commissioner of Social Security for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence four.

Upon remand, the Appeals Council will remand the case to an administrative law judge (ALJ) for a new decision. The Appeals Council will instruct the ALJ to reevaluate Plaintiff's subjective symptom testimony in accordance with 20 C.F.R. § 404.1529 and § 416.929 and

Social Security Ruling 16-3p. The ALJ will take any further action deemed necessary to develop the record and issue a new decision.

Respectfully submitted,

Date: *June 5, 2019*  NEWEL LAW

By: */s/ Asim H. Modi for Melissa Newel\**
MELISSA NEWEL
*\*Authorized by email on June 5, 2019*
Attorneys for Plaintiff

Date: *June 5, 2019*  McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX

By: */s/ Asim H. Modi*
ASIM H. MODI
Special Assistant United States Attorney
Attorneys for Defendant

**ORDER**

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that this action be remanded to the Commissioner of Social Security for further administrative action consistent with the above stipulation.

IT IS SO ORDERED.

Dated: **June 6, 2019**   /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE